## PHINEAS FISK *versus* JULIUS ELDRED

JOURNAL ENTRIES (1824): *Journal 3:* (1) Judgment *p. 497.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration; (6) plea of non assumpsit; (7) clerk's assessment of damages; (8) calculations of amount due; (9) receipt for fees; (10) precipe for execution fi. fa.; (11) writ of fi. fa. and return; (12–13) promissory notes.

*1822–23 Calendar*, MS p. 104. Recorded in *Book B*, MS pp. 398–402.